■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CIARDI FRANKLIN, Appellant. [731 NYS2d 870] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered June 21, 2000, convicting him of criminally negligent homicide and assault in the third degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The trial court properly determined that, in making each of his *Batson* challenges (*see, Batson v Kentucky,* 476 US 79), the defendant failed to make the requisite prima facie showing of purposeful discrimination (*see, People v Allen,* 86 NY2d 101). In any event, the record supports the court's conclusion that the prosecutor's proffered justifications for each of the peremptory challenges, all of which were race-neutral, were not pretextual (*see, People v Allen, supra,* at 104).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit (*see,* CPL 470.05 [2]; *cf., People v Albert,* 85 NY2d 851). Ritter, J. P., Goldstein, H. Miller and Townes, JJ., concur.